# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS, | Case No. 1:19-cv-00226-DAD-BAM (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| SHERMAN, *et al.*, | (ECF No. 16) |
| Defendants. | **THIRTY (30) DAY DEADLINE** |

Plaintiff Richard Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 30, 2019, the Court issued a screening order finding that Plaintiff's complaint failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim upon which relief may be granted. (ECF No. 15.) Plaintiff was directed to file an amended complaint within thirty days. (Id.)

Currently before the Court is Plaintiff's motion for a 60-day extension of time. (ECF No. 16.) Plaintiff states that he has recently been transferred to a new yard, and his PLU status has not yet been verified. In addition, the new yard has more limited law library hours than his previous yard. Plaintiff therefore requests an extension of sixty days to file his amended complaint. (Id.)

///

1

| | |
|---|---|
| 1 | Having considered the request, the Court finds good cause to grant, in part, the requested |
| 2 | extension of time. Fed. R. Civ. P. 6(b). However, the Court finds that an extension of thirty days, |
| 3 | rather than sixty, is reasonable under the circumstances. |
| 4 | Accordingly, it is HEREBY ORDERED that: |
| 5 | 1. Plaintiff's motion for extension of time, (ECF No. 16), is GRANTED IN PART; |
| 6 | 2. The Clerk's Office shall send Plaintiff a complaint form; |
| 7 | 3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first |
| 8 | amended complaint curing the deficiencies identified by the Court's October 30, 2019 |
| 9 | screening order or file a notice of voluntary dismissal; and |
| 10 | 4. **If Plaintiff fails to comply with this order, this action will be dismissed for failure |
| 11 | to state a claim, failure to prosecute, and failure to obey a court order**. |

IT IS SO ORDERED.

Dated:   **November 22, 2019**          /s/ *Barbara A. McAuliffe*          
                                        UNITED STATES MAGISTRATE JUDGE