# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERMAN, *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-00226-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br>(ECF No. 48)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AS MOOT<br>(ECF No. 48) |

Plaintiff Richard Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 13, 2020, Plaintiff filed a "Judicial Notice to Court Re: Time Extension and Judicial Notice of Cases." (ECF No. 48.) In this filing, Plaintiff requests a "time extension" and asks that the Court take judicial notice of in reference to his ability to obtain certain forms or access the law library in order to litigate several ongoing civil actions. (Id.) Plaintiff does not specify which deadline in this action he wishes to extend.

As Plaintiff has been repeatedly informed, (ECF Nos. 32, 47), the unsupported allegations included in this filing are not the type of facts that are judicially noticeable.[1] Therefore, to the

---

[1] As Plaintiff was previously informed, Rule 201(b) of the Federal Rules of Evidence provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Civ

1

extent Plaintiff is request that the Court take judicial notice of the allegations contained in this document, the Court declines to do so.

To the extent Plaintiff is requesting an extension of time in this action, the Court notes that there are currently no pending deadlines for the Court to extend. If Plaintiff wants to request an extension of time, he must specify which deadline he needs to extend, and explain what good cause exists for the requested extension. Plaintiff is advised that he may not file requests for extension of time in this case when he is requesting extension of a deadline in another action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for judicial notice, (ECF No. 48), is DENIED; and
2. Plaintiff's request for extension of time, (ECF No. 48), is DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 21, 2020**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

---

201(b).