# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS, | Case No. 1:19-cv-00226-DAD-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ALTERNATIVE DISPUTE RESOLUTION |
| v. | |
| SHERMAN, *et al.*, | (ECF No. 55) |
| Defendants. | |

Plaintiff Richard A. Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting that the Court set this case for alternative dispute resolution, filed May 19, 2020. (ECF No. 55.)

Plaintiff's request to set this matter for a settlement conference is premature. On April 21, 2020, the Court screened Plaintiff's first amended complaint and issued findings and recommendations that this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted. (ECF No. 50.) The Court granted Plaintiff's request for a sixty-day extension of time to file his objections to the findings and recommendations, which are currently due on or before July 6, 2020. (ECF No. 54.) Accordingly, Plaintiff has not yet stated any cognizable claims against any defendants, and no defendants have been served. As there are no cognizable claims at this time, and no defendants appearing, this action is not ready to set for a

settlement conference.

Accordingly, Plaintiff's motion for alternative dispute resolution, (ECF No. 55), is HEREBY DENIED as premature. Plaintiff's objections to the April 21, 2020 findings and recommendations remain due on or before July 6, 2020.

IT IS SO ORDERED.

Dated: **May 26, 2020**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE