# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS, | Case No. 1:19-cv-00226-DAD-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR STAY AS MOOT |
| v. | (ECF No. 58) |
| SHERMAN, *et al.*, | |
| Defendants. | |

Plaintiff Richard A. Evans ("Plaintiff") is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 21, 2020, the Court screened Plaintiff's first amended complaint and issued findings and recommendations that this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted. (ECF No. 50.) Following an extension of time, Plaintiff filed objections to the findings and recommendations on June 17, 2020. (ECF No. 57.) The findings and recommendations, as well as Plaintiff's objections, are pending before the District Judge assigned to this action.

Currently before the Court is Plaintiff's motion for stay of active cases, filed December 2, 2020. (ECF No. 58.) It appears Plaintiff has filed this motion in approximately twenty (20) cases he has pending before this Court and the U.S. Court of Appeals for the Ninth Circuit. Specific to the instant action, Plaintiff states that the law library at his institution has had closure issues since

1

January 1, 2020, resulting in a denial of Plaintiff's access to court.  The other allegations in the motion do not appear to be related to this case.  For the reasons specified in the motion, Plaintiff requests a stay of all of his listed cases.  Plaintiff appears to request that his cases be stayed until he is released from CDCR custody.  (Id.)

As noted above, the undersigned has issued findings and recommendations that this action be dismissed for failure to state a claim, which are currently pending before the District Judge for review.  As Plaintiff has already filed objections to those findings and recommendations, there are no other pending deadlines in this action.  As such, a stay of this action is unnecessary.

Accordingly, Plaintiff's motion for stay of this action, (ECF No. 58), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 4, 2020**              /s/ *Barbara A. McAuliffe*          
                                           UNITED STATES MAGISTRATE JUDGE

2